**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 16 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| In re: INTEGRATED KNOWLEDGE MARKETING, INC., <br><br> Debtor, <br><br><hr><br> EZRA BRUTZKUS GUBNER LLP and JENKINS MULLIGAN & GABRIEL, LLP, <br><br> Appellants, <br><br> v. <br><br> INTEGRATED KNOWLEDGE MARKETING, INC., d/b/a IKM; et al., <br><br> Appellees. | No. 07-56818 <br><br> BAP No. CC-07-01115-PaBaK <br><br><br> MEMORANDUM[*] |
| In re: INTEGRATED KNOWLEDGE MARKETING, INC., <br><br> Debtor, <br><br><hr><br> EZRA BRUTZKUS GUBNER LLP and JENKINS MULLIGAN & GABRIEL, | No. 07-56849 <br><br> BAP No. CC-07-01092-PaBaK |

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

LLP,

         Appellants,

  v.

INTEGRATED KNOWLEDGE
MARKETING, INC., d/b/a IKM; et al.,

         Appellees.

Appeal from the Ninth Circuit
Bankruptcy Appellate Panel
Pappas, Klein, and Bardwil, Bankruptcy Judges, Presiding

Submitted May 10, 2011[**]
San Francisco, California

Before: GOODWIN and PAEZ, Circuit Judges, and O'GRADY, District Judge.[***]

Pursuant to 11 U.S.C § 327, Ezra Brutzkus Gubner L.L.P. and Jenkins Mulligan & Gabriel L.L.P. were hired as joint special counsel to prosecute claims on behalf of the Chapter 7 Trustee. They now appeal the Bankruptcy Appellate Panel's decision affirming: (1) the bankruptcy court's dismissal of the case; and (2) the bankruptcy court's separate order on administrative fees and costs. Substantially for the reasons

---

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* FED. R. APP. P. 34(a)(2).

[***] The Honorable Liam O'Grady, U.S. District Judge for the Eastern District of Virginia, sitting by designation.

stated in the Bankruptcy Appellate Panel's unpublished memorandum in this matter, 2007 Bankr. LEXIS 4845 (B.A.P. 9th Cir. Nov. 6, 2007), we affirm.

**AFFIRMED.**